**Order entered December 8, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01177-CR
No. 05-17-01178-CR

**RAYMON STEFFANI LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-20873-U & F17-00600-U**

## ORDER

On November 30, 2017, the clerk's records in the above appeals were filed. The clerk's record in cause number 05-17-01178-CR (trial court cause number F17-00600-U) does not contain the trial court's (1) charge to the jury on guilt/innocence and (2) judgment of conviction.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the court's charge to the jury on guilt/innocence and the judgment of conviction within **TEN DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE